DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH BELCIK,**
Appellant,

v.

**REVERSE MORTGAGE SOLUTIONS, INC.,** et al.,
Appellees.

No. 4D2025-0328

[February 12, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 502022CA000642XXXXMB.

Joseph Belcik, Oldsmar, pro se.

Robert R. Edwards and David Rosenberg of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***